HARDY MYERS
Attorney General
KRISTIN A. WINGES #06552
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Kristin.A.Winges@doj.state.or.us

FILED'08 MAY 23 14:49 USDC-ORP

Attorneys for Defendant State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BILLY RICHARDSON,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LINN, OR and STATE OF OREGON,<br><br>Defendants. | Case No. 08-6082-HU<br><br>LIMITED JUDGMENT OF DISMISSAL OF DEFENDANT STATE OF OREGON |

Defendant has submitted an Unopposed Motion for Limited Judgment of Dismissal of Defendant State of Oregon, and;

The court having been fully advised and informed, and finding no just reason for delay,

///

///

///

///

Page 1 -   LIMITED JUDGMENT OF DISMISSAL OF DEFENDANT STATE OF OREGON
           KAW/cjw/TRIU7759

IT IS HEREBY ADJUDGED that Defendant State of Oregon only is dismissed without prejudice and without costs or fees to any party, based on Plaintiff's Amended Complaint.

DATED this 23 day of ~~April~~ May, 2008.

_____
HONORABLE DENNIS J. HUBEL
U. S. District Court Judge

Submitted by: Kristin A. Winges #06552
Assistant Attorney General
Of Attorneys for Defendant State of Oregon

Page 2 -   LIMITED JUDGMENT OF DISMISSAL OF DEFENDANT STATE OF OREGON
KAW/cjw/TRIU7759

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## CERTIFICATE OF SERVICE

I certify that on April 18, 2008, I served the foregoing LIMITED JUDGMENT OF DISMISSAL OF DEFENDANT STATE OF OREGON upon the parties hereto by the method indicated below, and addressed to the following:

Billy Joe Richardson  
c/o Linn County Jail  
1115 SE Jackson  
Albany, OR 97322  
    Plaintiff Pro Se

___ HAND DELIVERY  
_x_ MAIL DELIVERY  
___ OVERNIGHT MAIL  
___ TELECOPY (FAX)  
___ E-MAIL  
___ E-FILE

Billy Richardson  
732 NW 29th St  
Corvallis, OR 97330  
    Plaintiff Pro Se

___ HAND DELIVERY  
_x_ MAIL DELIVERY  
___ OVERNIGHT MAIL  
___ TELECOPY (FAX)  
___ E-MAIL  
___ E-FILE

Thomas N. Corr  
Linn County Counsel  
Armory Building, Room 123  
P. O. Box 100  
Albany, Oregon 97321  
    Of Attorneys for Linn County

___ HAND DELIVERY  
_x_ MAIL DELIVERY  
___ OVERNIGHT MAIL  
___ TELECOPY (FAX)  
___ E-MAIL  
___ E-FILE

*(signature)*  
KRISTIN A. WINGES #06552  
Assistant Attorney General  
Trial Attorney  
Tel (503) 947-4700  
Fax (503) 947-4791  
Kristin.A.Winges@doj.state.or.us  
Of Attorneys for Defendant State of Oregon

Page 1 -   CERTIFICATE OF SERVICE  
KAW/cjw/TRIU6182

Department of Justice  
1162 Court Street NE  
Salem, OR 97301-4096  
(503) 947-4700 / Fax: (503) 947-4791