UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

BILLY RICHARDSON,

    Plaintiff,

    v.                                  ORDER

COUNTY OF LINN, OR, STATE OF      Civil No. 08-6082-HU
OREGON,

    Defendants.

HAGGERTY, District Judge:

      Magistrate Judge Hubel referred to this court a Findings and Recommendation [53] in this matter. The Magistrate Judge recommends that defendant's Motion for Summary Judgment [36] be granted as to all claims except for the portion of the free expression First Amendment claim related to non-victim documents, and that defendant's motion be denied as to all aspects of that claim. The Findings and Recommendation further concluded that plaintiff's Motion for Summary Judgment [43] be denied as to all claims, except for the liability portion of his non-victim-related free expression First Amendment claim, and that the motion be denied as to the damages requested on that claim. Defendant's Motion to Strike [50] was denied as moot.

1 - ORDER

No objections were filed, and the case was referred to this court. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate Judge. *Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. This court adopts the Findings and Recommendation in its entirety.

**CONCLUSION**

The court adopts the Findings and Recommendation [53]. Defendant's Motion for Summary Judgment [36] is granted as to all claims except for the portion of the free expression First Amendment claim related to non-victim documents; defendant's motion is denied as to all aspects of that claim.

Plaintiff's Motion for Summary Judgment [43] is denied as to all claims except for the liability portion of his non-victim-related free expression First Amendment claim. That motion is denied as to the damages requested on that claim.

Defendant's Motion to Strike [50] is denied as moot.

IT IS SO ORDERED.

DATED this   12   day of July, 2010.

                                                  /s/ Ancer L. Haggerty  
                                                    Ancer L. Haggerty  
                                         United States District Judge